UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:03-cv-00453-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ROBERT BAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#108) entered on August 2, 2006, in which the Magistrate Judge recommends that the Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction (##91/92, 94, 100) be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#108); therefore, Plaintiff's Motions for Temporary Restraining Order and for Preliminary Injunction (##91/92, 94, 100) are denied.

IT IS SO ORDERED.

DATED this 25th day of August, 2006.

_____
LARRY R. HICKS
United States District Judge