UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICHARD DEEDS, ) | |
| ) | |
| Plaintiff, ) | 3:03-cv-00453-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT BAYER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #198) entered on January 12, 2007, recommending denying Plaintiff's request for entry of default as to Defendant Robert Bayer (Doc. #112) filed on August 11, 2006, and striking Defendants' counter-motion to dismiss Defendant Bayer as a defendant (Doc. #113) filed on August 15, 2006. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc. #205) on January 24, 2007, Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on February 8, 2007 (Doc. #213), Plaintiff filed his Reply to Opposition to Plaintiff's Objections (Doc. #222) on February 15, 2007, and an Errata to Plaintiff's Reply to Defendants' Opposition (Doc. #226) was filed by Plaintiff on February 20, 2007, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections

of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #198) entered on January 12, 2007, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #198) entered on January 12, 2007, is adopted and accepted, and Plaintiff's Request for Entry of Default as to Robert Bayer (Doc. #112) is DENIED and the Defendants' Counter-Motion to Dismiss Bayer as a Defendant (Doc. #113) is STRICKEN.

IT IS SO ORDERED.

DATED this 25th day of April, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE