UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICHARD DEEDS, ) | |
| ) | |
| Plaintiff, ) | 3:03-cv-00453-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT BAYER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #240) entered on March 16, 2007, recommending dismissal of Defendant Robert Bayer, with prejudice pursuant to Notice Regarding Intention to Dismiss under Rule 4(m) (Doc. #196) filed on January 11, 2007. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc. #244) on March 27, 2007, Defendants filed their Response to Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge on April 6, 2007 (Doc. #252), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #240) entered on March 16, 2007, should be adopted and

1 accepted.

2    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
3 (Doc. #240) entered on March 16, 2007, is adopted and accepted, and Defendant Robert Bayer is
4 DISMISSED with prejudice.

5    IT IS SO ORDERED.

6    DATED this 25th day of April, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2