UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RICHARD DEEDS,)
)  3:03-cv-00453-LRH-VPC
        Plaintiff,)
)  MINUTES OF THE COURT
vs.)
)  October 9, 2007
ROBERT BAYER, et al.,)
)
        Defendants.)
)

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendants' Motion for Enlargement of Time to File Response to Plaintiff's Request for Review and Reconsideration of U.S. Magistrate Judge Order #309 (#324).

    Good cause appearing, Defendants' motion is granted nunc pro tunc.

                                LANCE S. WILSON, CLERK

                                By:  /s/
                                    Deputy Clerk