UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICHARD DEEDS,           ) | |
|                          ) | |
|           Plaintiff,     ) | 3:03-cv-00453-LRH (VPC) |
|                          ) | |
| v.                       ) | |
|                          ) | O R D E R |
| ROBERT BAYER, et al.,    ) | |
|                          ) | |
|           Defendants.    ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#393) entered on January 8, 2008, in which the Magistrate Judge recommends that the Defendants' Motion for Case-Terminating Sanctions as a Result of Plaintiff's Abusive Discovery Practices and Failure to Diligently Prosecute (#312) be denied. No objection has been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#393); therefore, Defendants' Motion for Case-Terminating Sanctions as a Result of Plaintiff's Abusive Discovery Practices and Failure to Diligently Prosecute (#312) is denied.

      IT IS SO ORDERED.

      DATED this 28th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE