UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICHARD DEEDS, | ) |
| Plaintiff, | ) 3:03-cv-00453-LRH-VPC |
| vs. | ) ORDER |
| ROBERT BAYER, et al., | ) |
| Defendants. | ) |

Before the court is Plaintiff's Objections to Order of U.S. Magistrate Judge (#336) (#348[1]), which the court will treat as a motion to reconsider Magistrate's Order #336. Defendants filed their Response to Plaintiff's "Objections to Order of U.S. Magistrate Judge (#336)" (#369).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#336) will, therefore, be sustained and Plaintiff's motion (#348) is denied.

IT IS SO ORDERED.

DATED this 28th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.