UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:03-cv-00453-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ROBERT BAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#403[1]) entered on March 11, 2008, in which the Magistrate Judge recommends that Defendants' Motion for Summary Judgment as to Plaintiff's monetary claims (#339) be granted and Plaintiff's Motion for Summary Judgment against Defendants Crawford and Kelly (#363) be denied. Plaintiff filed an objection (#407) to the Report and Recommendation, Defendants filed a response to the objection (#411) and Plaintiff replied (#412), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

---

[1]Refers to court's docket number.

pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#403) entered on March 11, 2008, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (#403) entered on March 11, 2008, is adopted and accepted and Defendants' Motion for Summary Judgment as to Plaintiff's Monetary Claims (#339) is GRANTED and Plaintiff's Motion for Summary Judgment Against Defendants Crawford and Kelly (#363) is denied.

IT IS SO ORDERED.

DATED this 12th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE