FILED _____   _____ RECEIVED
ENTERED _____   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 5

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| RICHARD DEEDS, | ) |
| Plaintiff, | ) 3:03-CV-00453-LRH-VPC |
| v. | ) |
| ROBERT BAYER, et al., | ) ORDER |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#414) entered on April 24, 2008, in which the Magistrate Judge recommends that Defendants' Motion for Summary Judgment Re: Disciplinary Claims as to defendant Lamb (#355) be denied as moot, and Plaintiff's Motion to Dismiss Claim Against Charge Nurse Janet Lamb (#374) be granted. No opposition or objection to the Report and Recommendation was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

///

///

///

///

1 |       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#414); therefore, Defendants' Motion for Summary Judgment Re: Disciplinary Claims as to Defendant Lamb (#355) is denied as moot and Plaintiff's Motion to Dismiss Defendant Lamb (#374) is granted.

      IT IS SO ORDERED.

      DATED this 12th day of ~~August~~ Sept., 2008.

                                          LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE