UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | |
| | ) | 3:03-cv-00453-LRH-VPC |
| Plaintiff, | ) | |
| | ) | <u>MINUTE ORDER</u> |
| vs. | ) | |
| | ) | July 16, 2009 |
| ROBERT BAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

MINUTE ORDER IN CHAMBERS:

        Before the court is Plaintiff's letter of June 29, 2009 (#441), which the court will treat as a motion to dismiss.  Also before the court is Defendants' Non-Opposition to Plaintiff's Motion to Dismiss (#442).

        Good cause appearing, Plaintiff's Motion to Dismiss (#441) is GRANTED.   In light of the extensive and lengthy nature of this litigation, the dismissal is with prejudice.  The clerk of the court shall enter judgment accordingly.

        IT IS SO ORDERED.

                        LANCE S. WILSON, CLERK

                        By:  _____/s/_____
                                Deputy Clerk